PEOPLE ex rel. FINN v. SHEFFIELD et al. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Application for peremptory writ of mandamus by the people of the state of New York, on the relation of James Finn, against James R. Sheffield and others, as fire commissioners. George N. Messiter, for appellants. William L. Findley, for respondents.

PER CURIAM. For the reasons stated in the case of People v. Sheffield (decided herewith) 48 N. Y. Supp. 796, the order appealed from is affirmed, with costs.